**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON                                    MAXSEN CHAMPION
STAFF ATTORNEY                                        STAFF ATTORNEY

May 24, 2010

US Bankruptcy Court
James T. Foley Court House
445 Broadway, Suite 327
Albany, NY 12207
Fax:    518-257-1643

RE: 04-10244 Pogoda

Dear Clerk:

   Enclosed please find check #123013 in the amount of $143.66. Pursuant to the order of confirmation, we have been collecting from the debtor in this case. The creditor has failed to cash checks. All attempts to contact and forward checks to this creditor have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No. 003

|         |                       |
|---------|-----------------------|
| Name    | Mary E. Dudley        |
| Address | 4 Frederick Ave.      |
| Address | Albany, NY 12205      |

   Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

                                              Very truly yours,

                                              Kristie Moore
                                              Account Clerk

Enc.

Rec'd/pd 5/24/10

2010 MAY 24 PM 1:32
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY ALBANY
REC'D & FILED