**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

July 9, 2010

US Bankruptcy Court
James T. Foley Court House
445 Broadway, Suite 327
Albany, NY 12207
Fax:   518-257-1643

RE: 04-10244 Pogoda

Dear Clerk:

   Enclosed please find check #123029 in the amount of $330.08. Pursuant to the order of confirmation, we have been collecting from the debtor in this case. The creditor has failed to cash checks. All attempts to contact and forward checks to this creditor have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No. 003

| | | |
|---|---|---|
| | Name | Mary E. Dudley |
| | Address | 4 Frederick Ave. |
| | Address | Albany, NY 12205 |

   Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M Moore

Kristie Moore
Account Clerk

Enc.